UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD HERNANDEZ,<br><br>            Plaintiff,<br><br>      v.<br><br>AVIS BUDGET GROUP, INC., *et al.*,<br><br>            Defendants. | **Case No. 1:17-cv-00211-DAD-GSA**<br><br>**ORDER GRANTING IN FORMA PAUPERIS APPLICATION**<br><br>(ECF No. 2) |

  Plaintiff Edward Hernandez filed a complaint on February 14, 2017 and an application to proceed *in forma pauperis* on that same day. (ECF Nos. 1, 2). Plaintiff has made the required showing pursuant to 28 U.S.C. § 1915(a). Accordingly, the request to proceed *in forma pauperis* is GRANTED.

  As to the status of his complaint, Plaintiff is advised that pursuant to 28 U.S.C. § 1915(e)(2), the court must conduct an initial review of every pro se complaint to determine whether it is legally sufficient under the applicable pleading standards. The court must dismiss a complaint, or portion thereof, if the court determines that the complaint is legally frivolous or malicious, fails to state a claim upon which relief may be granted, or seeks monetary relief from a defendant who is immune from such relief. 28 U.S.C. § 1915(e)(2). If the court determines that the complaint fails to state a claim, leave to amend may be granted to the extent that the deficiencies in the complaint can be cured by amendment. Plaintiff's complaint will be screened

1  in due course.

2  IT IS SO ORDERED.

4  Dated: **March 6, 2017**          /s/ *Erica P. Grosjean*
                                    UNITED STATES MAGISTRATE JUDGE