**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| EDWARD HERNANDEZ, | ) Case No. 1:17-cv-00211-DAD-EPG |
| Plaintiff, | ) **ORDER DIRECTING THE CLERK OF THE COURT TO TERMINATE DEFENDANT FORD MOTOR COMPANY ON THE DOCKET** |
| v. | |
| AVIS BUDGET GROUP, INC., *et al.*, | ) (ECF No. 29) |
| Defendants. | |

On December 7, 2018, Plaintiff, Edward Hernandez, filed a notice of voluntary dismissal of his claims against Defendant Ford Motor Company, Inc., without prejudice. (ECF No. 29). Thus, the claims against said defendant have been dismissed. *See* Fed. R. Civ. P. 41(a); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997); *Concha v. London*, 62 F.3d 1493, 1506 (9th Cir. 1995) ("Even if the defendant has filed a motion to dismiss, the plaintiff may terminate his action voluntarily by filing a notice of dismissal under Rule 41(a)(1)."). Accordingly, the Clerk of the Court is DIRECTED to terminate Defendant Ford Motor Company, Inc. on the docket. IT IS SO ORDERED.

Dated: **December 10, 2018**

/s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE

1