UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD HERNANDEZ,<br><br>        Plaintiff,<br><br>    v.<br><br>AVIS BUDGET GROUP, INC., *et al.*,<br><br>        Defendants. | Case No. 1:17-cv-00211-DAD-EPG<br><br>ORDER GRANTING REQUEST FOR TELEPHONIC APPEARANCE FOR SETTLEMENT CONFERENCE<br><br>(ECF NO. 33) |

    Pending before the Court is Defendant Upay, Inc., dba Asset Retrieval & Investigations' ("Defendant") request that its corporate representative, David Westfere, be allowed to participate telephonically in the June 4, 2019 Settlement Conference.

    Finding good cause for the request, IT IS ORDERED that Defendant's corporate representative, David Westfere, be allowed to participate telephonically in the June 4, 2019 Settlement Conference.

IT IS SO ORDERED.

    Dated: __**May 20, 2019**__                    /s/ Erica P. Grosjean
                                                                      UNITED STATES MAGISTRATE JUDGE

1