# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD HERNANDEZ, | Case No. 1:17-cv-00211-DAD-EPG |
| Plaintiff, | |
| v. | ORDER RE: STIPULATED REQUEST FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE |
| AVIS BUDGET GROUP, INC, *et al.*, | |
| Defendants. | (ECF No. 36) |

Plaintiff, Edward Hernandez, proceeding *pro se*, and Defendants, Avis Budget Group, Inc., Ford Motor Company, Inc., Asset Retrieval & Investigations, Inc., and Capital One Financial Corporation, have filed a stipulation to dismiss the entire action, "including all claims and counterclaims stated herein against all parties," with prejudice, with each party to bear its own attorney's fees and costs. (ECF No. 36.) In light of the stipulation, in which Plaintiff agrees to dismiss all claims against all parties, the case has ended and is dismissed with prejudice. *See* Fed. R. Civ. P. 41(a)(1)(A); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997). Accordingly, the Clerk of the Court is respectfully directed to close this case.

IT IS SO ORDERED.

Dated: **August 8, 2019**        /s/ Erica P. Grosjean
                                 UNITED STATES MAGISTRATE JUDGE